IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. PERELMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAYMOND G. PERELMAN, ET AL. | : | NO. 10-5622 |

## ORDER

**AND NOW**, this 3rd day of August, 2011, upon consideration of Defendants' Motion to Stay Discovery (Docket No. 35), and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED** insofar as it seeks to limit discovery to the issue of standing until we have decided Defendants' Motion for Summary Judgment.

2. Discovery may continue only as it pertains to the factual issue of whether there is a genuine issue of material fact with respect to the Plan's ability to pay Plaintiff's monthly pension benefit as it comes due.

3. All other discovery is **STAYED** until further Order of this Court.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.