IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. PERELMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAYMOND G. PERELMAN, ET AL. | : | NO. 10-5622 |

## ORDER

**AND NOW**, this 27th day of August 2012, upon consideration of (1) Defendants' Motion to Dismiss or, in the alternative for Summary Judgment for Lack of Standing (construed solely as a Motion pursuant to Fed. R. Civ. P. 12(b)), and (2) Defendants' Motion to Dismiss the Second Amended Complaint for Failure to State a Claim (filed together as Docket Entry Number 56), all documents filed in connection therewith, and oral argument conducted on November 22, 2011, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motions are **GRANTED** insofar as they seek dismissal of all claims in the Second Amended Complaint against Defendant Ronald Perelman (Counts 9, 10, and 11) and Defendant Ronald Perelman is **DISMISSED** as a defendant in this action.

2. The Motions are **GRANTED** insofar as they seek to strike Prayer for Relief Clauses ¶¶ 1-7 and 10-12.

3. The Motions are **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.