IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. PERELMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAYMOND G. PERELMAN, JASON GUZEK, and GENERAL REFRACTORIES COMPANY | : : : | NO. 10-5622 |

## ORDER

**AND NOW**, this 18th day of February, 2014, **IT IS HEREBY ORDERED** as follows:

1. The Motion of General Refractories Company, Jason Guzek, Raymond G. Perelman, and Reliance Trust Company for summary judgment (Docket No. 140) is **GRANTED**.

2. The Motion in Limine of General Refractories Company, Jason Guzek, Raymond G. Perelman, and Reliance Trust Company (Docket No. 142) is **DENIED AS MOOT**.

3. The Motion of General Refractories Company, Jason Guzek, Raymond G. Perelman, and Reliance Trust Company to Seal Document (Docket No. 151) is **DENIED**.

4. The Motion of Jeffrey E. Perelman to File Supplemented Second Amended Complaint (Docket No. 156) is **DENIED**.

5. **JUDGMENT IS ENTERED** in favor of General Refractories Company, Jason Guzek, Raymond G. Perelman, and Reliance Trust Company and against Jeffrey E. Perelman.

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.