IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. PERELMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RAYMOND G. PERELMAN, JASON GUZEK, and GENERAL REFRACTORIES COMPANY | : : : | NO. 10-5622 |

## ORDER

AND NOW, this 14th day of April 2014, upon consideration of Plaintiff's Motion for Attorney's Fees, Costs and Expenses (Doc. No. 163), and Defendants' Opposition thereto (Doc. No. 167), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/John R. Padova

_____

John R. Padova